NO. 07-12-0071-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

MARCH 12, 2012

_____

In re DYANNE KUSTER, RELATOR
_____

***Concurring Opinion***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

I join in the majority's opinion but would also deny the request for habeas relief due to inadequate briefing. It is not the reviewing court's job to develop arguments for the applicant and uncover authority supporting it.


Brian Quinn
Chief Justice